## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number 1:20-cv-01833-PAB-KMT

DOROTHY L. FARRELL,

      Plaintiff,

v.

APRIA HEALTHCARE LLC,

      Defendant.

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Dorothy L. Farrell ("Plaintiff"), hereby notifies the Court

that Plaintiff and Defendant Apria Healthcare LLC, have settled all claims between them in this

matter and are in the process of completing the final closing documents and filing the dismissal.


Respectfully submitted this 11th day of August 2020.

                             Respectfully submitted,

                             *s/ Omar T. Sulaiman*
                             Omar T. Sualiman
                             Sulaiman Law Group, Ltd.
                             2500 S. Highland Avenue, Suite 200
                             Lombard, IL 60148
                             Phone: (630) 575-8181
                             osulaiman@sulaimanlaw.com
                             *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sualiman
