## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01833-PAB-KTM

DOROTHY FARRELL,

      Plaintiff,

v.

APRIA HEALTHCARE LLC,

      Defendant.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO: the Clerk and All Parties and their Counsel

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dorothy Farrell hereby provides notice that she voluntarily dismisses with prejudice all of her claims in this action.

Dated: September 1, 2020             Respectfully Submitted,

**DOROTHY FARRELL**

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Omar T. Sulaiman
Omar T. Sulaiman